IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOLOMON PERCY TEMPLE,

    Petitioner,                    No. 2:12-cv-1222 EFB P

    vs.

G.D. LEWIS,

    Respondent.                 ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2254 Cases. Petitioner claims that he is "[u]nable to read, write or comprehend complex legal issues" because of a disability.[1] Dckt. No. 10. The claims in the petition are typical of those that arise in habeas proceedings and are not especially complex. Even assuming that petitioner is somewhat mentally impaired, the court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

---

[1] Petitioner claims that his disability is covered under the Americans with Disabilities Act, but he does not specifically identify any disability.

Accordingly, it is hereby ORDERED that petitioner's June 28, 2012 request for appointment of counsel is denied without prejudice.

Dated: July 10, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE