IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOLOMON PERCY TEMPLE,

    Petitioner,        No. 2:12-cv-1222 EFB P

  vs.

G.D. LEWIS,

    Respondent.      ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a).

    Petitioner has neither paid the fee nor submitted a properly completed application for leave to proceed *in forma pauperis*.[1]

    Within 30 days from the day this order is served, petitioner may submit either the filing fee or a properly completed application required by section 1915(a). Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk

---

[1] While petitioner did submit an application to proceed *in forma pauperis*, the form submitted was incomplete.

1

1  of the Court is directed to mail to petitioner a form application for leave to proceed *in forma*
2  *pauperis*.
3       So ordered.
4  DATED:  July 11, 2012.

   _____
   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE