IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOLOMON PERCY TEMPLE,

      Petitioner,                                          No. 2:12-cv-1222 EFB P

      vs.

G.D. LEWIS,

<u>ORDER</u>

      Respondent.

                                        /

      Petitioner is a state prisoner proceeding without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This case is before the undersigned pursuant to petitioner's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      On July 11, 2012, the court found that petitioner's application to proceed *in forma pauperis* was incomplete and therefore the court could not rule on it.  Accordingly, the court ordered petitioner to file a completed *in forma pauperis* application or submit the filing fee.  The order gave petitioner 30 days to file the completed application or filing fee and warned him that failure to do so may result in this action being dismissed.

      The 30-day period has expired and petitioner has not filed a completed *in forma pauperis* affidavit or otherwise responded to the court's order.

////

1

1  Accordingly, this action is dismissed without prejudice.

2  Dated: October 4, 2012.

3  _____
4  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE